UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INEOS USA OIL & GAS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:25-cv-2781 |
| | § | |
| CHESAPEAKE EXPLORATION, L.L.C., | § | |
| CHESAPEAKE OPERATING, L.L.C., | § | |
| CHESAPEAKE ENERGY | § | |
| MARKETING, L.L.C., CHESAPEAKE | § | |
| DEVELOPMENT COMPANY, L.L.C., | § | |
| and CHESAPEAKE ROYALTY, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff INEOS USA Oil & Gas, LLC and Defendants Chesapeake Exploration, L.L.C. (n/k/a Expand Exploration LLC), Chesapeake Operating, L.L.C. (n/k/a Expand Operating, L.L.C.), Chesapeake Energy Marketing, L.L.C. (n/k/a Expand Energy Marketing LLC), Chesapeake Land Development Company, L.L.C., and Chesapeake Royalty, L.L.C. (n/k/a Expand Exploration LLC) (collectively referred to herein as the "Parties") and file their Joint Motion to Dismiss with Prejudice ("Motion to Dismiss"). In support of this Motion to Dismiss the parties respectfully show the Court as follows.

1.      The Parties have settled all claims asserted between them in this lawsuit and mutually agree that this matter should be dismissed with prejudice. As a result, the Parties move the Court to enter an order dismissing with prejudice all claims asserted, or that could have been asserted, between the Parties in this lawsuit. The agreed order is appended hereto, and entry of same is requested.

2.      The Parties mutually agree that it is in the best interest of justice to dismiss this matter with prejudice.

1

3.    The Parties further agree that this Motion to Dismiss shall have the effect of a nonsuit with prejudice, which shall be effective immediately upon filing. The Parties do hereby nonsuit with prejudice all affirmative claims, counterclaims, and all other matters of controversy that were raised, or could have been raised, in the lawsuit against each other.

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, as a result of the settlement reached by the Parties, the Parties request that the Court grant this Motion to Dismiss and enter an order dismissing with prejudice all claims asserted, or that could have been asserted, between the Parties in this lawsuit, and for such other and further relief to which the Parties are entitled.

Respectfully submitted,

SANTOYO WEHMEYER P.C.
IBC Highway 281 North Centre Building
12400 San Pedro Avenue, Suite 300
San Antonio, Texas 78216
Telephone: 210-998-4200
Facsimile: 210-998-4201

By:

Corey F. Wehmeyer, Attorney in Charge
State Bar No. 24051903
*cwehmeyer@swenergylaw.com*

Brock R. Skelley
State Bar No. 24083866
*bskelley@swenergylaw.com*
Stephanie S. Dishman
State Bar No. 24092351
*sdishman@swenergylaw.com*
Katelynn Duane Armijo
State Bar No. 24116040
*karmijo@swenergylaw.com*

**ATTORNEYS FOR PLAINTIFF
INEOS USA OIL & GAS, LLC**

YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: 713-632-8000
Facsimile: 713-632-8002

By: */s/Robert Woods (with permission)*
R. Paul Yetter
*pyetter@yettercoleman.com*
State Bar No. 22154200
Robert Durham Woods
*rwoods@yettercoleman.com*
State Bar No. 24093389

3

Douglas S. Griffith
*dgriffith@yettercoleman.com*
State Bar No. 08479390
Julia C. Risley
*jrisley@yettercoleman.com*
State Bar No. 24132932

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document has, on this 22nd day of May 2026, been served on the following counsel of record via e-service:

R. Paul Yetter
*pyetter@yettercoleman.com*
Robert Durham Woods
*rwoods@yettercoleman.com*
Douglas S. Griffith
*dgriffith@yettercoleman.com*
Julia C. Risley
*jrisley@yettercoleman.com*
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002

**ATTORNEYS FOR DEFENDANTS
CHESAPEAKE EXPLORATION, L.L.C.,
EXPAND OPERATING, L.L.C. (f/k/a
CHESAPEAKE OPERATING, L.L.C.),
CHESAPEAKE ENERGY MARKETING,
L.L.C., CHESAPEAKE LAND
DEVELOPMENT COMPANY, L.L.C., and
CHESAPEAKE ROYALTY, L.L.C.**

*/s/ Brock R. Skelley*
Brock R. Skelley

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INEOS USA OIL & GAS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:25-cv-2781 |
| | § | |
| CHESAPEAKE EXPLORATION, L.L.C., | § | |
| CHESAPEAKE OPERATING, L.L.C., | § | |
| CHESAPEAKE ENERGY MARKETING, | § | |
| L.L.C., CHESAPEAKE DEVELOPMENT | § | |
| COMPANY, L.L.C., and CHESAPEAKE | § | |
| ROYALTY, L.L.C., | § | |
| | § | |
| Defendants. | § | |

**AGREED ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

On this day came for consideration the Joint Motion to Dismiss with Prejudice (the "Motion to Dismiss") filed by Plaintiff INEOS USA Oil & Gas, LLC and Defendants Chesapeake Exploration, L.L.C. (n/k/a Expand Exploration LLC), Chesapeake Operating, L.L.C. (n/k/a Expand Operating, L.L.C.), Chesapeake Energy Marketing, L.L.C. (n/k/a Expand Energy Marketing LLC), Chesapeake Land Development Company, L.L.C., and Chesapeake Royalty, L.L.C. (n/k/a Expand Exploration LLC) (collectively referred to herein as the "Parties"). The Court, having reviewed the Motion to Dismiss and confirmed all Parties' agreement to same as evidenced by the signature of their counsel, finds that the Parties' Motion to Dismiss has merit and should be, and is in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims asserted in this matter, or that could have been asserted in this matter, are hereby dismissed with prejudice, with costs of court being assessed against the party incurring same. This Agreed Order Granting Joint Motion to Dismiss with Prejudice resolves and dismisses all claims between all parties and is a final judgment. This case is hereby ordered removed from the Court's docket.

SIGNED on this _____ day of _____, 2026.

_____
**EWING WERLEIN, JR.**
**UNITED STATES DISTRICT JUDGE**